# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

_____
)
MARK B. GALVIN and JENNY G. GALVIN, )
)
      Plaintiffs, )
v. )    Civil Action No. 14-14723
)
U.S. BANK, NATIONAL ASSOCIATION, AS )
TRUSTEE RELATING TO CHEVY CHASE )
FUNDING, LLC MORTGAGE BACK )
CERTIFICATES SERIES 2007-1, MORTGAGE )
ELECTRONIC REGISTRATION SYSTEMS, )
INC., and CAPITAL ONE, N.A., a/k/a )
CAPITAL ONE BANK, f/k/a CHEVY CHASE )
BANK, FSB, )
)
      Defendants. )
_____)

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Mortgage Electronic Registration Systems, Inc. ("MERS") files its corporate disclosure statement. MERS is a wholly-owned subsidiary. MERS's parent corporation is MERSCORP, Inc. There is no publicly-held company that owns 10% or more of MERS's stock. MERSCORP, Inc. has no parent corporation.

[S*ignatures on next page]*

|  |  |
|---|---|
|  | Respectfully submitted,<br>Mortgage Electronic Registration Systems, Inc.,<br>By its attorneys, |
|  | */s/ Kevin P. Polansky*<br>David E. Fialkow (BBO# 666192)<br>David.fialkow@nelsonmullins.com<br>Kevin P. Polansky (BBO# 667229)<br>Kevin.polansky@nelsonmullins.com<br>Nelson Mullins Riley & Scarborough LLP<br>One Post Office Sq. |
| Dated:  December 24, 2014 | 617-573-4700 |

CERTIFICATE OF SERVICE

    I, Kevin P. Polansky, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: December 24, 2014                              */s/ Kevin P. Polansky*